The People of the State of New York ex rel. Edward H. Litchfield et al., Appellants, v. Frank A. O'Donnel et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Litchfield* v. *O'Donnel*, 113 App. Div. 713, affirmed.
(Argued January 8, 1907; decided January 22, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1906, which reversed an order of Special Term denying a motion to quash a writ of certiorari to review assessments for taxation for the year 1905 upon property of the relators and granted such motion.

*William C. De Witt* for appellants.

*William B. Ellison, Corporation Counsel* (*George S. Coleman* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, without costs, on authority of *People ex rel. Washington Building Co.* v. *Feitner* (163 N. Y. 384) and *People ex rel. Zollikoffer* v. *Feitner* (172 N. Y. 618); no opinion.

Concur: Cullen, Ch. J., Edward T. Bartlett, Haight, Vann, Werner, Willard Bartlett and Hiscock, JJ.

---

The People of the State of New York ex rel. Edward H. Litchfield et al., Appellants, v. James L. Wells et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Litchfield* v. *Wells*, 115 App. Div. 889, affirmed.
(Argued January 8, 1907; decided January 22, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1906, which affirmed an order of Special Term granting a motion to quash a writ of certiorari to review assess-

ments for taxation for the year 1903 upon property of the relators.

*William C. De Witt* for appellants.

*William B. Ellison, Corporation Counsel (George S. Coleman* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs, on authority of *People ex rel. Washington Building Co.* v. *Feitner* (163 N. Y. 384) and *People ex rel. Zollikoffer* v. *Feitner* (172 N. Y. 618); no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.